# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40199** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Kevin R. ROMERO-ALEGRIA** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 23 June 2021, Appellant was tried by a general court-martial at Tinker Air Force Base, Oklahoma. He was convicted, consistent with his pleas and pursuant to a plea agreement, of two specifications of sexually abusing a child, and one specification of wrongfully possessing child pornography in violation of Article 120b and Article 134, Uniform Code of Military Justice (UCMJ), 10 U.S.C. §§ 920b, 934, respectively.[*]

Upon this court's initial review of Appellant's record of trial, it was discovered the record did not contain Attachment 8 of Appellate Exhibit VI, and that it appeared the description of Attachment 8 of Appellate Exhibit VI was the same as the description of Attachment 6 of Appellate Exhibit V. The court separately noted that the description of Attachment 4 of Prosecution Exhibit 1 was inconsistent with the contents of Attachment 4 of Prosecution Exhibit 1. Therefore, on 1 September 2022, this court ordered the Government to show good cause as to "why this court should not remand this record for completion and correction" to determine if the omission from the record of trial of Attachment 8 of Appellate Exhibit VI and the inconsistency with the description of Attachment 4 of Prosecution 1 and its contents, are substantial.

On 16 September 2022, the Government responded to the court's order recommending that the court "remand the record for correction."

Accordingly, it is by the court on this 22d day of September, 2022,

**ORDERED:**

---

[*] All references in this order to the UCMJ and Rules for Courts-Martial are to the *Manual for Courts-Martial, United States* (2019 ed.).

The record of trial in Appellant's case is returned to the Chief Trial Judge, Air Force Trial Judiciary, for correction under Rule for Courts-Martial (R.C.M.) 1112(d) to correct the record with respect to Attachment 8 of Appellate Exhibit VI, Attachment 4 of Prosecution Exhibit 1, and any other portion of the record that is determined to be missing or defective hereafter, after consultation with the parties. *See* Article 66(g), UCMJ, 10 U.S.C. § 866(g); R.C.M. 1112(d)(2)–(3).

Thereafter, the record of trial will be returned to this court not later than **14 October 2022** for completion of its appellate review under Article 66(d), UCMJ, 10 U.S.C. § 866(d). If the record cannot be returned to the court by that date, the Government will inform the court in writing not later than **12 October 2022** of the status of the Government's compliance with this order.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court